**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALEX KENNETH TORRES,

    Petitioner,

-vs-                                        Case No. 8:03-CV-2191-T-30MAP

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## ORDER

This cause is before the Court upon receipt of an inquiry from Petitioner regarding the status of this matter. Petitioner requests that the Court expedite consideration of his § 2254 petition (Dkt. 15). Courts that have a large volume of §2255 motions, as does this Court, must also meet their responsibility to ensure every citizen's access to courts and the inherent duty to effectively and efficiently employ limited judicial resources.

Upon consideration, it is **ORDERED** that Petitioner's request to expedite these proceedings is **DENIED** (Dkt. 15). The Court has taken this matter under advisement, and a decision will be forthcoming in due course.

**DONE** and **ORDERED** in Tampa, Florida on January 31, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:jsh

<u>Copy furnished to:</u>
All Parties/Counsel of Record